IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KELLEY DEVELOPMENT, L.L.C., *a/k/a* KELLEY DEVELOPMENT, LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>FRANKENMUTH INSURANCE COMPANY, *f/k/a* FRANKENMUTH MUTUAL INSURANCE COMPANY,<br><br>    *Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NUMBER: 1:23-cv-01000-TWP-CSW<br>)<br>)<br>)<br>) |

## ORDER GRANTING DISMISSAL WITH PREJUDICE

Plaintiff Kelley Development, L.L.C. and Defendant Frankenmuth Mutual Insurance Company, by Counsel, having filed their stipulation of dismissal of this cause of action, with prejudice, and the Court, being duly advised, hereby finds that Plaintiff's complaint as to Defendant should be dismissed, with prejudice with each party to bear its own costs and fees.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that this cause of action is hereby dismissed, with prejudice, with each party to bear its own costs and fees.

IT IS SO ORDERED.


Date: 4/22/2024

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana


Distribution to all electronically
registered counsel of record via
CM/ECF